UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:16-00117 |
| ) | Judge Sharp |
| ROBERT F. ARNOLD, ) | |
| JOE E. RUSSELL, II and ) | |
| JOHN VANDERVEER ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court rules as follows:

(1) Defendant Arnold's Motion for Bill of Particulars (Docket No. 69) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Requests 2 and 5, but DENIED with respect to Requests 1, 3, 4, and 6. Within TEN DAYS of the date of entry of this Order, the Government shall file a bill of particulars answering Requests 2 and 5.

(2) The Motions to Join in the Motion for Bill of Particulars filed by Defendant Russell (Docket No. 71) and Defendant Vanderveer (Docket No. 72) are hereby GRANTED.

(3) The Government's Motion to Substitute Pleading (Docket No. 60) is hereby GRANTED. With that substitution, the Government's Sealed Motion for Inquiry (Docket No. 56) and Defendant Russell's Motion to Strike (Docket No. 57) are DENIED AS MOOT.

(4) The Court will hold a hearing on (a) the Government's Amended Motion Regarding Eligibility for Appointed Counsel (Docket No. 61); (b) Defendant Russell's Motion to Strike (Docket No. 63); (c) Defendant Vanderveer's Motion to Strike Discovery Protective Order (Docket No. 73); and (d) Defendant Russell's Motion for Appointment of Co-Counsel (Docket No. 80). Said hearing will be held on Thursday, October 20, 2016, commencing at 10:30 a.m.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE