**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 3:16-00117** |
| | ) | **Judge Sharp** |
| **ROBERT F. ARNOLD,** | ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendant Robert F. Arnold's "Motion for Review of September 29, 2016 Detention Order" (Docket No. 92) is hereby DENIED.

Defendant shall remain in the custody of the Attorney General pending trial under the same conditions previously imposed, specifically, he shall be kept separately from persons convicted and serving sentences to the greatest extent possible; he shall be given reasonable opportunity for private consultation with counsel; the United States Marshal shall transport Defendant to court proceedings on the request of the Court or the Government; and Defendant shall be temporarily released to the United States Marshal or other appropriate person for trial preparation or other compelling reasons.

It is SO ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE